| AMRENT<br>875 GREENTREE ROAD<br>8 PARKWAY CTR.<br>PITTSBURGH PA 15220 | **CBCInnovis**<br>Help improve this report by giving us your feedback | Phone: 866-894-6881<br>Fax:   800-324-4595 |
|---|---|---|

## ID CROSS CHECK

| **PREPARED FOR:**<br>NATL PROP / CRESCENT GARDENS<br>49 ARBORWOOD CRESCENT<br>ROCHESTER NY 14615<br><br>**ATTENTION:**<br>IVYMORAL | **REPORT TYPE:** INDIVIDUAL | **COMPUTER ID #:**<br>7122051155973477<br>**LENDER CASE #:**<br>HO00210354 | **DATE RECEIVED:** 07/23/12<br><br>**DATE COMPLETED:** 11/20/12 |
|---|---|---|---|

### APPLICANT

**INPUT INFORMATION:**
**NAME:** ERIC JACKSON     **DOB:**
409 LAGRANGE AV
ROCHESTER NY 14615

### FILE IDENTIFICATIONS

| ERIC JEROME JACKSON | | AMR01 |
| ** | MILWAUKEE WI 53212-1464 | |

| ERIC JACKSON | CBC01 |
|---|---|

| ERIC E JACKSON | | TRU01 |
| -- -6395 | GLOUCESTER CITY NJ 08030 | |

### FRAUD ALERT

1  WATCH LISTS (INCLUDES OFAC): JACKSON, ERIC                                           CBC01
   NO MATCH FOUND FOR WATCH LIST

1  HIGH RISK FRAUD ALERT                                                                 TRU01
   HAWK AVAILABLE AND CLEAR

### REGULATORY MESSAGES

1  FACT ACT:CURRENT FILE ADDRESS DOES NOT MATCH INPUT ADDRESS(ES)                        TRU01

ECOA Key: 1=Borrower, 2=Joint, 3=Authorized User, 4=Joint, 5=Co-Maker, 7=Maker, 8=Co-Borrower, 9=Terminated, 0=Undesignated
Applicant Account Ownership (Joint reports): B=Primary Applicant, C=Co-Applicant

### DISCLOSURE

This report is governed by the Gramm-Leach-Bliley Act. It does not constitute a consumer report as defined by the Fair Credit Reporting Act (FCRA) and is not subject to the FCRA. This report should not be used as a basis upon which to make a decision of whether or not to extend credit or as a basis for taking any "adverse action" as that term is defined in the FCRA.

**END OF REPORT**

**EXHIBIT** ___/___

PAGE 1                                                                                  ( 1 of 5 )