IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC JACKSON,

        Plaintiff,

      v.                        Civil Action No. 2:12-cv-06269

CBC INNOVIS, INC., and
AMRENT, INC.,

        Defendants.

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants CBC Innovis, Inc. and AmRent, Inc. hereby disclose and state pursuant to

Fed. R. Civ. P. 7.1 that:

1.      CBC Innovis, Inc. is wholly owned by CBC Companies, Inc.;

2.      AmRent, Inc. is also wholly owned by CBC Companies, Inc.; and

3.      CBC Companies, Inc. is not a publicly traded company.


Dated:  January 21, 2013          Respectfully submitted,

                           PICADIO SNEATH MILLER & NORTON, P.C.


                           By:___/s/ Jason A. Spak_____
                                  Jason A. Spak (Pa. I.D. No. 08977)
                                  Four Gateway Center
                                  444 Liberty Avenue, Suite 1105
                                  Pittsburgh, PA  15222
                                  Telephone:  (412) 288-4385
                                  Facsimile:  (412) 288-2405
                                  jspak@psmn.com
                                  *Counsel for Defendants CBC Innovis, Inc.*
                                  *and AmRent, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of January, 2013, a true and correct copy of the

foregoing DEFENDANTS' CORPORATE DISCLOSURE STATEMENT was submitted to the

Court's electronic case filing system, which will effect service of process upon:

James A. Francis, Esquire
Erin A. Novak, Esquire
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
*(Counsel for Plaintiff)*

PICADIO SNEATH MILLER & NORTON, P.C.

/s/ Jason A. Spak

_____

Jason A. Spak