## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC JACKSON** | : | **CIVIL ACTION** |
| | : | |
| V. | : | NO. 12-6269 |
| | : | |
| **CBC INNOVIS, INC.** | : | |

### O R D E R

**AND NOW, TO WIT:** This 12th day of February, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of the parties.

                                            **BY THE COURT:**

                                            /s/ Cynthia M. Rufe

                                            _____
                                            **CYNTHIA M. RUFE, J.**