IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JACKSON,  Plaintiffs,  v.  CMC INNOVIS, INC. and AMRENT, INC.  Defendants. | :  :  :  :  :  :  :  :    CIVIL ACTION  NO. 12-6269 |

### O R D E R

**AND NOW,** this 12th day of February 2013, upon notice that this case has been settled, the pending Motions to Dismiss [Doc. No. 3] are **DISMISSED** as **MOOT.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**